IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN GEORGE,<br><br>        Plaintiff,<br><br>v.<br><br>LEHIGH VALLEY HEALTH NETWORK (MUHLENBERG HOSPITAL),<br><br>        Defendant. | CIVIL ACTION<br>NO. 12-2239 |

## ORDER

**AND NOW**, this  15th   day of April, 2014, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's opposition thereto, and all supporting papers, it is hereby **ORDERED** that the Motion is **GRANTED**, and judgment is accordingly entered in favor of Defendant and against Plaintiff on all counts.

It is further **ORDERED** that the Clerk shall mark this case closed.


                            **BY THE COURT:**

                            **/s/ Jeffrey L. Schmehl**
                            Jeffrey L. Schmehl, J.